IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

MAR 2 8 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| RADIANS, INC. AND NEESE INDUSTRIES, INC., <br> Plaintiffs, <br><br> v. <br><br> MARVIN D. CHARLTON, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. <br> DR-19-CV-86–AM/CW |

## ORDER

In the present cause of action, the parties filed a Notice of Voluntary Dismissal Without Prejudice. (ECF No. 31.) The Court previously accepted the parties' Joint Stipulation to Arbitrate Claims, retained jurisdiction to enforce it, and administratively closed the matter. (ECF No. 30.) The parties have since reached an agreement eliminating the need to arbitrate any matters. Accordingly, the parties seek to dismiss this cause of action without prejudice. However, the parties ask the Court to retain jurisdiction to enforce the joint stipulation to arbitrate claims, if necessary.

Because the notice of voluntary dismissal complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE.** It is further **ORDERED** that a clerk's judgment shall be entered,

terminating the present cause of action. The Court, however, shall retain jurisdiction to enforce the Joint Stipulation to Arbitrate Claims, if necessary.

    SIGNED and ENTERED on this 28th day of March 2023.

_____
ALIA MOSES
Chief United States District Judge