# United States District Court

## Western District of Texas

RADIANS, INC. AND NEESE
INDUSTRIES, INC.,
Plaintiffs,

v.

MARVIN D. CHARLTON,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-19-CV-86-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In the present cause of action, the parties filed a Notice of Voluntary Dismissal Without Prejudice. (ECF No. 31.) The Court previously accepted the parties' Joint Stipulation to Arbitrate Claims, retained jurisdiction to enforce it, and administratively closed the matter. (ECF No. 30.) The parties have since reached an agreement eliminating the need to arbitrate any matters. Accordingly, the parties seek to dismiss this cause of action without prejudice. However, the parties ask the Court to retain jurisdiction to enforce the joint stipulation to arbitrate claims, if necessary. Because the notice of voluntary dismissal complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this cause of action is DISMISSED WITHOUT PREJUDICE. The Court, however, shall retain jurisdiction to enforce the Joint Stipulation to Arbitrate Claims, if necessary.

| 3/28/2023 | Philip J. Devlin |
|---|---|
| Date | Clerk |



*J. Sanchez*

(By) Deputy Clerk